Lauren A. Welling (SBN 291813)
lwelling@sssfirm.com
Sarah Kissel Meier (SBN 305315)
skmeier@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd. Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573

*Attorneys for Plaintiff, John Roe DC 90*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE DC 90,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A CORPORATION; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A CORPORATION; MORGAN HILL CALIFORNIA STAKE, AN ENTITY OF UNKOWN FORM, AND DOES 4 to 100, Inclusive,<br><br>    Defendants. | Case No. 5:24-cv-07613-EKL<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>Assigned to: Judge The Hon. Eumi K. Lee |

**[~~PROPOSED~~] ORDER OF DISMISSAL**

**[~~PROPOSED~~] ORDER OF DIMISSAL**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: July 29, 2025

_____
HON. EUMI K. LEE
JUDGE OF THE UNITED STATES DISTRICT COURT

**[~~PROPOSED~~] ORDER OF DISMISSAL**